# Appendix

Case 2:19-cv-00180 Document 1-1 Filed on 06/28/19 in TXSD Page 2 of 11

Filed
5/24/2019 11:12 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# NUECES COUNTY PROCESS REQUEST SHEET
### 901 LEOPARD STREET ROOM 313 / CORPUS CHRISTI, TEXAS 78401
### PHONE # 361-888-0450 / FAX # 361-888-0424

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.**

**CAUSE NUMBER:** 2019DCV-2656-F
**DATE OF REQUEST:** 5/24/19
**CURRENT COURT:** _____
**AMOUNT PAID:** _____

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST!**

**TYPE OF SERVICE/PROCESS TO BE ISSUED**
Citation

**NAME OF DOCUMENT/PLEADING TO BE SERVED**
Plaintiffs' Original Petition

**SERVICE BY:**
[ ] ATTORNEY FOR PICK UP    [X] ATTORNEY RETURN BY MAIL   [ ] CONSTABLE / SHERIFF   [ ] NO SERVICE
[ ] CIVIL PROCESS SERVER:
   AUTHORIZED PERSON: _____ PHONE: _____
[ ] CERTIFED MAIL   [ ] RESTRICTED DELIVERY
[ ] COURTHOUSE POSTING   # OF DAYS TO BE POSTED: _____
   BRIEF STATEMENT OF SUIT (USE REVERSE SIDE)
[ ] PUBLICATION   NAME OF PUBLICATION: _____
   # OF DAYS TO BE PUBLISHED: _____
   BRIEF STATEMENT OF SUIT (USE REVERSE SIDE)

**PARTY/PARTIES TO BE SERVED:**
[1] NAME/AGENT Western World Insurance Company
   ADDRESS 300 Kimball Drive, Suite 500
   Parsippany, NJ 07054
[2] NAME/AGENT (or wherever it may be found)
   ADDRESS _____

**ATTORNEY OR PARTY REQUESTING ISSUANCE OF PROCESS;**

NAME Van Huseman   ATTORNEY BAR # 1032 3500
MAILING ADDRESS 615 N. Upper Broadway, Suite 2000, Corpus Christi, TX 78401
PHONE # 883-3563   FAX # 883-0210
ATTORNEY REPRESENTS:   PLAINTIFF ✓   DEFENDANT ____   OTHER ____

001

Filed
5/24/2019 11:12 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2019DCV-2656-F

| CORAL CAY CONDOMINIUM COUNCIL OF CO-OWNERS, INC., ROBERT GLODEN, & GARY OSBORN | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § | _____ JUDICIAL DISTRICT |
| WESTERN WORLD INSURANCE COMPANY | § | NUECES COUNTY, TEXAS |

PLAINTIFFS' ORIGINAL PETITION

Plaintiffs, Coral Cay Condominium Council of Co-Owners, Inc., Robert Gloden and Gary Osborn, bring this suit against Defendant, Western World Insurance Company, and for cause of action would show the following:

1. Plaintiffs seek monetary relief over $200,000 but not more than $1,000,000. Discovery should be conducted in accordance under Level 3 with a tailored discovery control plan under Civil Procedure Rule 190.4. The damages sought are within the jurisdictional limits of the court.

2. Plaintiff, Coral Cay Condominium Council of Co-Owners, Inc., is a Texas corporation.

Plaintiffs, Robert Gloden, and Gary Osborn, are Texas residents and members of the Board of Directors of the Coral Cay Condominium Council of Co-Owners, Inc.

Defendant, Western World Insurance Company, is a foreign insurance company. Citation may be served on the Texas Commissioner of Insurance, Chief Clerk Office, 333 Guadalupe, MC 112021, P.O. Box 149104, Austin, Travis County, Texas 78714-9104. Plaintiff prays that citation issue.

Venue is proper in Nueces County because this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

3. Defendant issued insurance policy NPP8463693 in favor of Plaintiffs with an effective date of December 23, 2017.

4. On or about October 5, 2018, Plaintiffs were sued by counterclaim and third-party petition in Nueces County by Juggernaut Investments, LLC, in 2018CCV-61556-2 in the Nueces County Court at Law Number Two.

5. The claims alleged by Juggernaut Investments, LLC, are insured claims, in whole or in part, under Defendant's policy. Defendant has refused to provide a defense as required under its policy. Defendant's conduct constitutes a breach of the insurance contract.

6. Defendant's conduct violated the Texas Insurance Code.

7. Defendant's conduct was a proximate and producing cause of damage to Plaintiffs in an amount within this Court's jurisdiction.

8. Defendant's behavior was performed knowingly and intentionally.

7. Plaintiffs are entitled to recover their reasonable attorney fees. All conditions precedent to recovery have occurred.

## PRAYER

For the reasons stated, Plaintiffs request that the Defendant be cited to appear and answer, and that on final trial, the plaintiff have the following:

1. Judgment against Defendant for Plaintiffs' actual and additional damages.

2. Pre-judgment interest as provided by law.

003

3. Attorney fees.

4. Post-judgment interest as provided by law.

5. Costs of suit.

6. Such other and further relief to which Plaintiffs may be entitled.

Respectfully submitted,

/s/Van Huseman
Van Huseman
Tx Bar # 10323500
Huseman Law Firm, PLLC
615 N. Upper Broadway #2000
Corpus Christi, Tx 78401
Tel:    361.883.3563
Fax:    361.883.0210
VHuseman@HusemanLawFirm.com

_____
Paul Dodson
Tx Bar #05942000
615 N. Upper Broadway #2000
Corpus Christi, Tx 78401
Of counsel to the Huseman Law Firm, PLLC
Tel:    361.883.3563
Fax:    361.883.0210
Paul@PaulDodson.net

Attorney for Plaintiffs

004

Case 2:19-cv-00180   Document 1-1   Filed on 06/28/19 in TXSD   Page 6 of 11

Filed
5/30/2019 4:30 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CAUSE NO. 2019DCV-2656-F

| | | |
|---|---|---|
| CORAL CAY CONDOMINIUM COUNCIL OF CO-OWNERS, INC., ROBERT GLODEN, & GARY OSBORN | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| VS. | § | 214TH DISTRICT |
| | § | |
| WESTERN WORLD INSURANCE COMPANY | § | |
| Defendant. | § | NUECES COUNTY TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Jeffrey Wilson** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 30, 2019, 12:00 pm**,

**CITATION; PLAINTIFFS ORIGINAL PETITION,**

and was executed at **333 Guadlupe St. , Austin, TX 78701** within the county of **Travis** at **03:45 PM** on **Thu, May 30 2019**, by delivering a true copy to the within named

**WESTERN WORLD INSURANCE COMPANY C/O TEXAS COMMISSIONER OF INSURANCE CHIEF CLERK OFFICE
and accepted by Victoria Ortega.**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Jeffrey Wilson**, my date of birth is **Dec. 3 1960**, and my address is **500 E. 4th St. #143, Austin, TX 78701**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **May 30, 2019**.

_____
**Jeffrey Wilson**
**Certification Number: PSC-14357**
**Certification Expiration: 7/31/2020**

005

Case 2:19-cv-00180  Document 1-1  Filed on 06/28/19 in TXSD  Page 7 of 11

Filed
6/20/2019 8:53 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 30, 2019, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on Western World Insurance Company; in Cause No. 2019-DCV-2656-F; styled *Coral Cay Condominium Council of Co-Owners, Inc., Robert Gloden & Gary Osborn vs. Western World Insurance Company*; in the 214th Judicial District Court, Nueces County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on June 5, 2019, the above captioned documents were forwarded to Jonathan P. Ritz, President, Western World Insurance Company, 300 Kimball Dr., Ste. 500, Parsippany, NJ 07054 by certified mail. Our records indicate that USPS Certified Mail No. 9214 8901 9403 8384 2217 03 was delivered on June 8, 2019.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 13th DAY OF JUNE, 2019

KENT C. SULLIVAN
COMMISSIONER OF INSURANCE

BY _____
JAMES PERSON, INTERIM GENERAL COUNSEL
GENERAL COUNSEL DIVISION

Filed
6/21/2019 1:58 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

Cause no. 2019DCV-2656-F

| | | |
|---|---|---|
| CORAL CAY CONDOMINIUM COUNCIL OF CO-OWNERS, INC., ROBERT GLODEN, and GARY OSBORN | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs. | § § § | 214th DISTRICT COURT |
| WESTERN WORLD INSURANCE COMPANY | § § | |
| Defendant. | § | NUECES COUNTY, TEXAS |

## ORIGINAL ANSWER OF DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant Western World Insurance Company and files this Original Answer as follows:

### I.
### GENERAL DENIAL

Pursuant to Tex. R. Civ. P. 92, Defendant Western World asserts a general denial and demands that the Plaintiffs be required to prove their claims and allegations against the Defendant by the applicable standard of proof as to each of the Plaintiffs' claims against the Defendant.

Respectfully submitted,

By:   s/*Robert G. Hogue*
Robert G. Hogue
State Bar No. 09811050

Robert G. Hogue, P.C.
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Phone: (214) 559-7107
Fax: (214) 559-7101
E-mail: robhogue@msn.com

Counsel for Defendant Western World
  Insurance Company

**ORIGINAL ANSWER OF DEFENDANT**                                                       Page 1

007

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2019, the foregoing document was served on counsel of record to date for the Plaintiffs as follows:

Mr. Van Huseman                                          <u>Via e-service</u>
Mr. Paul Dodson
Huseman Law Firm, PLLC
615 N. Upper Broadway #200
Corpus Christi, TX 78401

                                                         By:     *s/Robert G. Hogue*
                                                                             Robert G. Hogue

**Citation for Personal Service –NON-RESIDENT**

COPY

Cause Number: **2019DCV-2656-F**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **Western World Insurance Company**
**300 Kimball Drive Suite 500**
**Parsippany NJ  07054 (or wherever it may be found)**
the Defendant,

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable **Inna Rogoff-Klein**, **214th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said Petition was filed on the 24th day of May, 2019.  A copy of same accompanies this citation.
The file number of said suit being Number:   2019DCV-2656-F

The style of the case is:  **Coral Cay Condominium Council of Co-Owners, Inc.,Robert Gloden,Gary Osborn vs. Western World Insurance Company**

Said Petition was filed in said court by **Van Huseman**, attorney for Plaintiff, whose address is 615 N Upper Broadway Suite 2000  Corpus Christi Tx  78401 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 28th day of May, 2019.



**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY:                                              , Deputy
Nadi

COPY

009

# RETURN OF SERVICE

2019DCV-2656-F

CORAL CAY CONDOMINIUM COUNCIL OF CO-OWNERS, INC., ROBERT GLODEN, GARY OSBORN
VS.
WESTERN WORLD INSURANCE COMPANY

214TH DISTRICT COURT

_____
Name

**ADDRESS FOR SERVICE**
Western World Insurance Company
300 Kimball Drive Suite 500 Parsippany NJ 07054 (or wherever it may be found)

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Fees:
Serving Petition and Copy   $_____                         _____, Officer
Total                     $_____                            _____, County, Texas
                                              By _____, Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
         (First, Middle, Last)
address is _____
         (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

010